```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 06516
    CHRISTOPHER EDISON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
     SSN XXX-XX-6965

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 06/06/2006 and was confirmed 08/03/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 09/13/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG     19171.51             .00      19171.51
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      3064.24             .00       1005.95
COUNTY OF WILL            SECURED            5279.78             .00        981.14
WELLS FARGO AUTO FINANCE  SECURED           16348.01          955.28       3328.63
WELLS FARGO AUTO FINANCE  UNSECURED         NOT FILED            .00            .00
HOUSEHOLD AUTO FINANCE    UNSECURED         NOT FILED            .00            .00
KAMM & SHAPIRO LTD        NOTICE ONLY       NOT FILED            .00            .00
CAPITAL ONE               UNSECURED               .00            .00            .00
TIMOTHY K LIOU            DEBTOR ATTY         519.20                         519.20
TOM VAUGHN                TRUSTEE                                           1,429.29
DEBTOR REFUND             REFUND                                                 .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  27,391.00

PRIORITY                                                 .00
SECURED                                            24,487.23
    INTEREST                                          955.28
UNSECURED                                                .00
ADMINISTRATIVE                                        519.20
TRUSTEE COMPENSATION                                1,429.29
DEBTOR REFUND                                            .00
                         --------------         --------------
TOTALS                       27,391.00              27,391.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 06516 CHRISTOPHER EDISON

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE